An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWSON GUY STEVE,
Petitioner,
vs.
THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
LANDER; AND THE HONORABLE
RICHARD WAGNER, DISTRICT
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 62286

**FILED**

FEB 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus/prohibition. Petitioner seeks an order directing the district court to hold a hearing and issue decisions regarding a petition for a writ of habeas corpus and various additional motions appellant has filed in the district court. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. See NRS 34.170; NRS 34.330. We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04633

cc: Hon. Richard Wagner, District Judge
Lawson Guy Steve
Lander County District Attorney
Attorney General/Carson City
Lander County Clerk